Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108

Attorney for Defendant, JONATHAN GREENWOOD




APR 09 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JONATHAN GREENWOOD,<br>Defendant. | CR CASE NO. 08 232 LJO<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR RELEASE FROM CUSTODY OF DEFENDANT JONATHAN GREENWOOD |

The United States Attorney's Office, by and through Kevin Rooney, Assistant United States Attorney and Defendant Jonathan Greenwood, by and through his attorney Eric K. Fogderude, do hereby Stipulate that good cause exists for the release from custody of defendant Jonathan Greenwood as set forth hereinafter;

1. Defendant has experienced a family hardship with the unexpected death of his great-great grandmother, Littie Maize, on April 4, 2009, in Fresno, California. The funeral is to be scheduled for April 11, 2009 at 10:00A.M. in the Chapel of Sterling & Smith, Funeral Directors, Inc., located at 1103 E Street, Fresno, California 93706, phone number (559) 266-9711.

2. Defendant Jonathan Greenwood wishes to attend the funeral and family reception following the funeral and therefore requests a twelve hour release from custody, from 8:00A.Mto 8:00P.M. on April 11, 2009. Mr. Greenwood will be picked up at the Fresno County Jail by his grandmother, Harlene Woods. She will take Mr. Greenwood to the funeral and reception and then return him to the Fresno County Jail on or before 8:00P.M on April 11, 2009. Harlene Woods resides at 119 N. Diana Street, Fresno, California 93701 and her telephone number is (559) 408-9522.

IT IS SO STIPULATED.

Dated: April 8,2009

/s/Eric K. Fogderude

Eric K. Fogderude
Attorney for Jonathan Greenwood

Dated: April 8, 2009

/s/ Kevin Rooney

Kevin Rooney
Assist. U.S. Attorney

ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that Defendant Jonathan Greenwood be released from custody in the Fresno County Jail at 8:00A.M. on April 11, 2009, to the custody of his grandmother, Harlene Woods, to only attend the funeral and reception for Ms. Littie Maize. Jonathan Greenwood is to return to custody at the Fresno County Jail on or before 8:00P.M on April 11, 2009. Failure to return on time will affect how this Court views the Defendant's ability to follow court orders, and will affect 18 USC §3553 factors and considerations. If this addition is worrisome to the defendant, he should reconsider his request.

Dated: April ~~8~~ 9, 2009

Lawrence J. O'Neill
U.S. District Judge