HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

FILED

NOV 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-0232 LJO + 1:11 CR 10-01-WJO |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING PANEL COUNSEL** |
| vs. | |
| JONATHAN GREENWOOD, | |
| Defendant. | |

The defendant, Jonathan Greenwood, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel counsel. Defendant has been represented by panel attorney, Eric Fogderude on his violation of supervised release. Defendant was sentenced on November 12, 2013 and wishes to appeal his sentence. Mr. Fogderude is unable to represent Mr. Greenwood on appeal but panel attorney Carolyn Phillips has agreed to represent Mr. Greenwood on appeal. It is requested that Carolyn Phillips be appointed for the purpose of representing Mr. Greenwood on appeal and Mr. Fogderude be terminated as attorney of record.

Dated: November 15, 2013

for CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

## ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A for the purpose of the Appeal.

Dated: November 15, 2013

LAWRENCE J. O'NEILL
United States District Judge