Carolyn D. Phillips # 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559) 248-9833

Attorney for defendant Jonathan Greenwood

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JONATHAN GREENWOOD,<br><br>        Defendant. | No. 1:11-cr-010 AWI<br><u>CORRECTED</u> STIPULATION TO SET HEARING FOR RESENTENCING AFTER REMAND; ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JONATHAN GREENWOOD,<br><br>        Defendant. | No. 1:08-cr-0232 AWI<br><u>CORRECTED</u> STIPULATION TO SET HEARING FOR RESENTENCING AFTER REMAND; [PROPOSED] ORDER<br><br>Date:  July 21, 2014<br>Time: 10:00 a.m.<br>Crtrm: Judge Anthony W. Ishii |

The parties by and through their counsel of record hereby stipulate to set a hearing for sentencing following the vacating of the prior sentence and remand by the

<u>Corrected</u> Stipulation To Set Hearing For Resentencing After Remand; Order
*United States v. Jonathan Greenwood, Case No. 1:08-cr-0232 AWI*

1

Ninth Circuit Court of Appeal for resentencing of cases consolidated on appeal, 1:08-cr-232 and 1:11-cr-010.

The parties hereby stipulate to set a hearing for resentencing as to both cases 1:08-cr-232 and 1:11-cr-010 for July 21, 2014 at 10 a.m., before the Hon. Anthony W. Ishii, and request that Mr. Greenwood be transported from USP Lompoc to Fresno for purposes of resentencing.

IT IS SO STIPULATED

Dated:  May 22, 2014                    /s/ Carolyn D. Phillips
                                        CAROLYN D. PHILLIPS
                                        Attorney for Defendant
                                        JONATHAN GREENWOOD


Dated:  May 22, 2014                    BENJAMIN B. WAGNER

                                        United States Attorney


                                        /s/Kimberly Sanchez
                                        KIMBERLY SANCHEZ
                                        Assistant United States Attorney

*Corrected* Stipulation To Set Hearing For Resentencing After Remand; Order
*United States v. Jonathan Greenwood, Case No. 1:08-cr-0232 AWI*

2

## ORDER

Good cause appearing the parties' stipulation is adopted by the Court, and IT IS ORDERED that JONATHAN GREENWOOD will be transported from USP Lompoc to Fresno for resentencing on July 21, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 22, 2014                                        _____
                                                                              SENIOR DISTRICT JUDGE

*Corrected* Stipulation To Set Hearing For Resentencing After Remand; Order
*United States v. Jonathan Greenwood, Case No. 1:08-cr-0232 AWI*

3